# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

JANICE OTERO BARRETO, ET AL.,

    Plaintiffs,

           v.

DOCTORS' CENTER HOSPITAL, INC.

    Defendant.

**Civil No. 14-1457 (SEC)**

### ERRATA SHEET

The opinion of this Court issues on September 30, 2016, Docket # 86, is amended as follows:

On page two, lines 3-4, "after she shaved her hair DCH started…" is changed to "after she shaved her hair, DCH started…"

In footnote three, the citation "10 F,3d, 17, 24 (1st Cir. 1993)" is changed to "10 F.3d 17, 24 (1st Cir. 1993)"

On page nine, line 21, "taken again her" is changed to "taken against her."

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 14th day of October, 2016.

                *s/ Salvador E. Casellas*
                SALVADOR E. CASELLAS
                U.S. Senior District Judge